**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FATUMATA DIAKITE, et al.,<br>*Plaintiffs,*<br>v.<br>MOLLIE ISAACSON, et al.,<br>*Defendants.* | CIVIL ACTION<br>NO. 26-898 |

**ORDER**

**AND NOW**, this 29th day of July, 2026, upon consideration of Defendants' Motion to Dismiss (Dkt. No. 8), Plaintiffs' Response (Dkt. No. 9) and Defendants' Reply (Dkt. No. 10), it is **ORDERED** the Motion is **GRANTED**. Plaintiffs' complaint is **DISMISSED without prejudice** for lack of jurisdiction.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.